GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
*FORD MOTOR CREDIT*
*d/b/a FMC OMAHA SERVICE CTR*

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD K. WELCH,

                        Plaintiff,

vs.

FORD MOTOR CREDIT D/B/A FMC OMAHA
SERVICE CTR; BANK OF AMERICA, N.A.;
NATIONSTAR MORTGAGE LLC; EQUIFAX
INFORMATION SERVICES, LLC,

                        Defendants.

Case No.:   2:17-cv-02215-RFB-PAL

**STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER OR
OTHERWISE PLEAD**

**(FIRST REQUEST)**

        **COMES NOW**, Defendant, FORD MOTOR CREDIT D/B/A FMC OMAHA

SERVICE CTR, ("FORD CREDIT") by and through its attorney of record, GARY E.

SCHNITZER, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the

Plaintiff, RICHARD K. WELCH, by and through his attorney of record, DAVID KRIEGER,

ESQ., of the law firm of HAINES & KRIEGER, LLC, and hereby submit this Stipulation to Extend

Time To File An Answer or Otherwise Plead.

        WHEREAS, Plaintiff filed his Complaint on August 21, 2017;

        WHEREAS, Defendant FORD CREDIT was served with the Complaint on August 24,

2017;

1

WHEREAS, Defendant FORD CREDIT's deadline to file its Response to the Complaint is approximately September 14, 2017;

WHEREAS, the parties are still in the process of trying to locate loan documents which are at issue in this matter;

WHEREAS, the parties seek up to and including October 9, 2017 for Defendant FORD CREDIT to file its Response. Plaintiff has no opposition to this extension;

WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

(1) The current approximate deadline of September 14, 2017 for Defendant FORD CREDIT to file its Response to Plaintiff's Complaint is hereby vacated;

///

///

///

///

///

///

///

///

///

///

///

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

(2) Defendant FORD CREDIT shall have up to and including October 9, 2017 to file an

Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 12th day of September, 2017.


/s/ David Krieger, Esq.                          /s/ Gary E. Schnitzer, Esq.
David Krieger, Esq.                              Gary E. Schnitzer, Esq.
Nevada Bar No. 9086                              Nevada Bar No. 395
8985 S. Eastern Ave., Ste. 350                   8985 S. Eastern Ave., Ste. 200
Henderson, NV  89123                             Las Vegas, NV  89123
*Attorney for Plaintiff*                         *Attorney for Defendant*
*RICHARD K. WELCH*                               *FORD MOTOR CREDIT D/B/A*
                                                 *FMC OMAHA SERVICE CTR*



**IT IS ORDERED.**


DATED this 12th day of September, 2017.



_____
United States Magistrate Judge