MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD WELCH;<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR CREDIT D/B/A FMC OMAHA SERVICE CTR; BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC; AND EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendants. | Case No.: 2:17-cv-02215-RFB-PAL<br><br>**STIPULATION TO EXTEND TIME FOR NATIONSTAR MORTGAGE LLC TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Plaintiff Richard Welch and Defendant Nationstar Mortgage LLC, by and through counsel, hereby stipulate to an extension of time up to and including October 16, 2017, for Nationstar to answer or otherwise respond to Plaintiff's complaint.

· · ·

· · ·

· · ·

· · ·

· · ·

· · ·

· · ·

· · ·

1

This is the first request for an extension of this deadline and is not meant for purposes of delay. Counsel was recently retained in this matter and is obtaining relevant documentation to allow it to meaningfully respond to the complaint.

Dated: September 14, 2017

**HAINES & KRIEGER, LLC**

*/s/David H. Krieger*
DAVID H. KRIEGER, ESQ
Nevada Bar No. 9086
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123

*Attorney for Plaintiff Richard Welch*

**AKERMAN LLP**

*/s/ Jamie K. Combs*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Nationstar Mortgage LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 15, 2017