David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
RICHARD K. WELCH

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD K. WELCH,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR CREDIT D/B/A FMC OMAHA SERVICE CTR; BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant(s). | Case No.: **2:17-cv-02215-RFB-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN RICHARD K. WELCH AND <u>BANK OF AMERICA, N.A.</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between RICHARD K. WELCH ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("BOA") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against BOA, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

Page **1** of **2**

requirements as to BOA be vacated and that the Court set a deadline sixty (60)

from present for filing a Dismissal as to BOA.

Dated: October 18, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
**RICHARD K. WELCH**

**IT IS ORDERED** that plaintiff shall have until **December 18, 2017**, to either file a notice of voluntary dismissal as to Bank of America, N.A., or to file a status report advising when the notice of voluntary dismissal will be filed.

Dated: October 18, 2017

Peggy A. Leen
United States Magistrate Judge