David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, RICHARD K. WELCH*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD K. WELCH, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR CREDIT D/B/A FMC OMAHA SERVICE CTR; BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | **Case No. 2:17-cv-02215-RFB-PAL** <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO FORD MOTOR CREDIT D/B/A FMC OMAHA SERVICE CTR ONLY** |

Plaintiff RICHARD K. WELCH and Defendant FORD MOTOR CREDIT D/B/A FMC OMAHA SERVICE CTR hereby stipulate and agree that the above-

…

…

…

…

…

…

Page **1** of **2**

entitled action shall be dismissed with prejudice in with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, FORD MOTOR CREDIT D/B/A FMC OMAHA SERVICE CTR**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 10, 2017

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/ Gary Schnitzer, Esq. |
| David H. Krieger, Esq. | Gary Schnitzer, Esq. |
| Nevada Bar No. 9086 | Kravitz, Schnitzer & Johnson, CHID |
| HAINES & KRIEGER, LLC | 8985 S. Eastern Avenue, Suite 200 |
| 8985 S. Eastern Avenue | Las Vegas, NV 89123 |
| Suite 350 | *Attorney for Defendant FORD MOTOR CREDIT D/B/A FMC OMAHA SERVICE CTR* |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  October 20, 2017.